**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROLLYSON,                   | No. C 10-3153 SI (pr) |
|     Plaintiff, | **JUDGMENT** |
|     v.         | |
| ABISHIA ROMANO; et al.,            | |
|     Defendants. / | |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 13, 2011

_____
SUSAN ILLSTON
United States District Judge